UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MINERVA OSORIA )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
AT&T )
)
LETICIO HERNANDEZ )
)
RUPERT MEDINA )
(Name of the defendant or defendants) )

1:11-cv-04296
Judge John W. Darrah
Magistrate Judge Young B. Kim

RECEIVED

JUN 24 2011
Jun 24 2011 MR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is MINERVA OSORIA of the county of COOK in the state of ILLINOIS.

3. The defendant is AT&T, whose street address is 225 WEST RANDOLPH STREET, Z-1 ROOM 18-D-150 (city) CHICAGO (county) COOK (state) ILLINOIS (ZIP) 60606

(Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) 2401 W. GRACE ST., 3RD FLOOR (city) CHICAGO (county) COOK (state) ILLINOIS (ZIP code) 60618

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month)_____, (day)_____, (year)_____.

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) 4 (day) 2 (year) 2009. & 11-29-2010

   (ii) ☒ the Illinois Department of Human Rights, on or about

   (month) 10 (day) 12 (year) 2009. & 1-25-2010 & 2-23-2010

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

      ☐   Yes (month)_____ (day)_____ (year)_____

      ☐   No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c)   Attached is a copy of the

    (i) Complaint of Employment Discrimination,

    ☒ YES   ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐   the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b) ☒   the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) 4 (day) 20 (year) 2011 a copy of which *Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [***check only those that apply***]:

    (a) ☐   Age (Age Discrimination Employment Act).

    (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

I WAS HARRASSED CONSTANTLY AND RETALIATED AFTER I SENT SENIOR MANAGER LETICIA HERNANDEZ TWO EMAILS LETTING HER KNOW OF DISCRIMINATION AND HARRASSMENT. AFTER THE FIRST EMAIL SENT IN MARCH 19, 2009 I WAS SUSPENDED FIVE DAYS AND AFTER THE SECOND ONE SENT ON 12-9-2009 I WAS TERMINATED AFTERWARDS.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): PAY THE PLAINTIFF COMPENSATORY & PUNITIVE DAMAGES.

5

_____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

*Minerva Osoria*

(Plaintiff's name)

MINERVA OSORIA

(Plaintiff's street address)

400 E. RANDOLPH ST., UNIT #2206

CHICAGO, ILL 60601

(City) CHICAGO (State) ILLINOIS (ZIP) 60601

(Plaintiff's telephone number) (312) - 576 - 6464

Date: 6-24-2011

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2009-03786 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Minerva Osoria | (312) 240-0403 | 05-02-1972 |

Street Address: 400 E. Randolph Street, Apt. 2206, Chicago, IL 60601

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AT&T | 500 or More | (773) 509-8700 |

Street Address: 2401 W Grace, Chicago, IL 60618

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: 03-27-2009
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have been employed with Respondent since October 1995. My current position is Customer & Sales Representative. Respondent is aware of my disability for which I was given permanent accommodation in July 2006. About a year later, Respondent removed my accommodation and has been subjected me to harassment because of my disability. On March 16, 2009, I filed an internal complaint of disability discrimination. Thereafter, management has been discussing my medical record with other employees, I was accused of company violations and abusing company time. On March 27, 2009, I was suspended for five days. In addition, all the Hispanic employees including myself are subjected to different terms and conditions of employment.

I believe that I have been discriminated against based on my disability, and retaliation for engaging in a protected activity, in violation of the Americans with Disabilities Act of 1990. I also believe that Respondent discriminates against me based on my national origin, Hispanic, in violation of Title VII of the Civil Rights act of 1964, as mended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 02, 2009
Date / Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*
APR 02 2009
RECEIVED EEOC
CHICAGO DISTRICT OFFICE

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2011-00798 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Minerva Osoria | (312) 240-0403 | 05-02-1972 |

Street Address: 400 East Randolph Street Unit 2206, Chicago, IL 60601

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AT&T | 500 or More | (773) 509-8700 |

Street Address: 2401 W. Grace St., Chicago, IL 60618

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [ ] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[X] OTHER (Specify) HARRASSMENT

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 3-27-2009   Latest: 02-15-2010
[ ] CONTINUING ACTION

RECEIVED EEOC
CHICAGO DISTRICT OFFICE

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

10-9-95

I was hired by the above Respondent on or around October 1995. My most recent job title was Customer Sales Representative. Respondent was aware of my disability. I filed EEOC Charge No. 440-2009-03786 on April 6, 2009. Subsequently, I was discharged.

I believe that I have been discriminated against because of my disability, and retaliated against for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

I WAS FIRST RETALIATED ON 3-27-2009 WHEN THEY SUSPENDED ME FOR FIVE DAYS. I WAS CONSTANTLY HARRASSED AND ENDURED A HOSTILE ENVIRONMENT FROM 2-27-2009 TO 2-15-2010. FINALLY OUT OF RETALIATION AND DISCRIMINATION AGAIN I WAS DISMISSED ON 2-15-2010.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 11-23-2010   Charging Party Signature: Minerva Osoria

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#10W0125-02 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2010CF2168 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Ms. Minerva Osoria | TELEPHONE NUMBER (include area code)<br>(312) 240-0403 | |
|---|---|---|
| STREET ADDRESS<br>400 East Randolph Street, Apt. 2206 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60601 | DATE OF BIRTH<br>/ /<br>M  D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>AT&T | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(773) 509-8800 | |
|---|---|---|---|
| STREET ADDRESS<br>2401 West Grace Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60618 | | COUNTY<br>Cook (031) |

| CAUSE OF DISCRIMINATION BASED ON:<br>Physical Disability    Mental Disability | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>01/12/10<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

INDEFINITE SUSPENSION, JANUARY 12, 2010, BECAUSE OF MY PHYSICAL DISABILITY, BACK DISORDER.

B.  PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined under Section 1-103(I) of the Human Rights Act.

2. Respondent has knowledge of my condition.

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 25 DAY OF January, 2010<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/25/13<br>NOTARY STAMP | X Minerva Osoria   1-25-2010<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 2/09-INT)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#10W0223-05 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2010CF2464 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Ms. Minerva Osoria | | TELEPHONE NUMBER (include area code)<br>(312) 240-0403 |
|---|---|---|
| STREET ADDRESS<br>400 East Randolph Street, #2206 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60601 | DATE OF BIRTH<br>/ /<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>AT&T | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(773) 509-8800 |
|---|---|---|
| STREET ADDRESS<br>2401 West Grace Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60618 | COUNTY<br>Cook (031) |
| CAUSE OF DISCRIMINATION BASED ON:<br>Retaliation | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>01/15/10<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS

DISCHARGE, JANUARY 15, 2010, IN RETALIATION FOR OPENLY OPPOSING DISABILITY DISCRIMINATION.

B. PRIMA FACIE ALLEGATIONS

1. On or about April 1, 2009, I engaged in a protected activity when I filed a disability discrimination charge against Respondent with the Equal Employment Opportunity Commission (EEOC).

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 23 DAY OF February, 2010<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/25/13<br><br>NOTARY STAMP | X Minerva Osoria   2-23-2010<br>SIGNATURE OF COMPLAINANT   DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 2/09-INT)

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Minerva Osoria<br>400 E Randolph #2206<br>Chicago, IL 60601 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL 7010 1870 0002 0566 1444**

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2010-00952 | Armernola P. Smith,<br>State & Local Coordinator | (312) 869-8082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe/mjh*     April 20, 2011

John P. Rowe,<br>District Director     *(Date Mailed)*

Enclosures(s)

cc: AT&T<br>2401 W Grace St<br>Chicago, IL 60618

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#10W0125-02

AGENCY: ☒ IDHR ☐ EEOC

CHARGE NUMBER: 2010CF2168

## Illinois Department of Human Rights and EEOC

**NAME OF COMPLAINANT** (indicate Mr. Ms. Mrs.)
Ms. Minerva Osoria

**TELEPHONE NUMBER** (include area code): (312) 240-0403

**STREET ADDRESS:** 400 East Randolph Street, Apt. 2206
**CITY, STATE AND ZIP CODE:** Chicago, Illinois 60601
**DATE OF BIRTH:** / / M D YEAR

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

**NAME OF RESPONDENT:** Illinois Bell Telephone Company
**NUMBER OF EMPLOYEES, MEMBERS:** 15+
**TELEPHONE NUMBER** (include area code): (773) 509-8800

**STREET ADDRESS:** 2401 West Grace Street
**CITY, STATE AND ZIP CODE:** Chicago, Illinois 60618
**COUNTY:** Cook (031)

**CAUSE OF DISCRIMINATION BASED ON:**
Physical Disability   Mental Disability

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA)   LATEST (ALL)
01/12/10

☐ CONTINUING ACTION

**THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:**

TECHNICAL AMENDMENT

This charge is being technically amended to correct Respondent's legal name.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4th DAY OF October, 2010

NOTARY SIGNATURE

OFFICIAL SEAL
ANGEL RESTO
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2-8-2012

NOTARY STAMP

X /s/ Minerva Osoria    10-4-2010
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 2/09-INT)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#10W0125-02 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2010CF2168 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Ms. Minerva Osoria | TELEPHONE NUMBER (include area code)<br>(312) 240-0403 | |
|---|---|---|
| STREET ADDRESS<br>400 East Randolph Street, Apt. 2206 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60601 | DATE OF BIRTH<br>/ /<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>AT&T | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(773) 509-8800 | |
|---|---|---|---|
| STREET ADDRESS<br>2401 West Grace Street | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60618 | | COUNTY<br>Cook (031) |

| CAUSE OF DISCRIMINATION BASED ON:<br>Physical Disability     Mental Disability | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)    LATEST (ALL)<br>01/12/10<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

INDEFINITE SUSPENSION, JANUARY 12, 2010, BECAUSE OF MY PHYSICAL DISABILITY, BACK DISORDER.

B.  PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined under Section 1-103(I) of the Human Rights Act.

2. Respondent has knowledge of my condition.

Page 1 of 3

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 25 DAY OF January, 2010<br>_[signature]_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>JACQUELYN TURNER HAMB<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:09/25/13<br><br>NOTARY STAMP | X _[signature]_  1-25-2010<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

EEO-5 FORM (Rev. 2/09-INT)

B. PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined under Section 1-103(I) of the Human Rights Act.

2. Respondent has knowledge of my condition.

3. On January 12, 2010, I was suspended indefinitely by Leticia Hernandez, Respondent's Senior Manager. Hernandez stated I was suspended indefinitely because I was being investigated for having mistreated a customer. No documentation was submitted by Hernandez which validated Respondent's position.

4. Similarly situated employees, who do not possess a disability and who have also been accused of mistreating a customer, have been treated differently.

5. My disability does not affect my ability to perform the essential duties of my job.

IV. A. ISSUE/BASIS

INDEFINITE SUSPENSION, JANUARY 12, 2010, BECAUSE OF MY MENTAL DISABILITY, DEPRESSION DISORDER.

B. PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability as defined under Section 1-103(I) of the Human Rights Act.

2. Respondent has knowledge of my condition.

3. On January 12, 2010, I was suspended indefinitely by Leticia Hernandez, Respondent's Senior Manager. Hernandez stated I was suspended indefinitely because I was being investigated for having mistreated a customer. No documentation was submitted by Hernandez which validated Respondent's position.

4. Similarly situated employees, who do not possess a disability and who have also been accused of mistreating a customer, have been treated differently.

5. My disability does not affect my ability to perform the essential duties of my job.

ACF/acf