# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 9, 2014

| No.: 13-3081 | MINERVA OSORIA,<br>Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS BELL TELEPHONE COMPANY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:11-cv-04296<br>Northern District of Illinois, Eastern Division<br>District Judge John W. Darrah ||

This cause, docketed on September 20, 2013, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit